FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00977 BnB

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

WILLIAM NANCE, et al.,

Plaintiff,

v.

JOE STOMMEL, et al.,

Defendant.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION**

---

Plaintiff William Nance has submitted a Prisoner Complaint, a document titled "Motion to Compel Show Cause, Temporary Restraining Order and Preliminary Injunction," and a Motion for Appointment of Counsel. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $350.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 9th day of May, 2008.

BY THE COURT:

Boyd N. Boland

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 00977

William Nance
Prisoner No. 110683
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $350.00 filing fee** to the above-named individuals on 5/12/08

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk