IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00977-BNB

WILLIAM NANCE,

        Plaintiff,

v.

JOE STOMMEL,

        Defendant.

---

## ORDER

---

Plaintiff William Nance has filed ***pro se*** a "Motion for Appointment of Counsel" and a "Motion to Compel Show Cause, Temporary Restraining Order and Preliminary Injunction." The Court must construe the motions liberally because Mr. Nance is not represented by an attorney. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a ***pro se*** litigant. ***See Hall***, 935 F.2d at 1110. For the reasons stated below, the motions will be denied.

Mr. Nance complains in the instant action that his Fifth Amendment rights have been violated as a result of his termination from the sex offender treatment program. Mr. Nance specifically alleges that he was terminated from the program in September 2005. Although Mr. Nance seeks to enjoin Defendant from removing Mr. Nance from the program, there is no indication that Mr. Nance currently is participating in the sex offender treatment program. In fact, part of the relief Mr. Nance seeks in this action is to be reinstated into that program.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Similarly, a party seeking a temporary restraining order must demonstrate clearly, with specific factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b).

Mr. Nance fails to show that he will suffer immediate and irreparable injury if no preliminary injunction or temporary restraining order is entered in this action. Therefore, the motion for a temporary restraining order or preliminary injunction will be denied. The motion for appointment of counsel will be denied as premature. Accordingly, it is

ORDERED that the "Motion to Compel Show Cause, Temporary Restraining Order and Preliminary Injunction" filed on May 12, 2008, is denied. It is

FURTHER ORDERED that the "Motion for Appointment of Counsel" filed on May 12, 2008, is denied as premature.

DATED at Denver, Colorado, this 28 day of _____May_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00977-BNB

William Nance
Reg. No. 110683
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _5/28/8_

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk