IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00977-REB-KLM

WILLIAM NANCE,

    Plaintiffs,

v.

JOE STOMMEL,

    Defendants

**ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#19] filed October 24, 2008; and (2) **Plaintiff's Objections to Recommendation of United States Magistrate Judge, and Brief in Support Thereof** [#21] filed November 10, 2008. I overrule the objections, adopt the recommendation, and grant defendant's motion to dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. In addition, because plaintiff was proceeding *pro se* at the time the motion to dismiss and recommendation were filed,[1] I have construed his pleadings more liberally and held them to a less stringent standard

---

[1] Plaintiff's objections were filed by counsel, however.

than formal pleadings drafted by lawyers. **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Plaintiff's objections are imponderous and without merit.[2]

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#19] filed October 24, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiff's Objections to Recommendation of United States Magistrate Judge, and Brief in Support Thereof** [#21] filed November 10, 2008, are **OVERRULED**;

3. That **Defendant's Combined Motion To Dismiss and Memorandum Brief in Support of Motion To Dismiss** [#13], filed August 28, 2008, is **GRANTED**;

4. That plaintiff's claims against defendant are **DISMISSED WITH PREJUDICE**;

5. That judgment **SHALL ENTER** for defendant, Joe Stommel, against plaintiff, William Nance, as to all claims for relief and causes of action; and

---

[2] Although plaintiff alleges that his complaint asserts not only the Fifth Amendment claim considered by the magistrate judge but also a valid Fourteenth Amendment claim under the authority of **Beebe v. Heil**, 333 F.Supp. 1011 (D. Colo. 2004), such a claim would not survive for at least two reasons. First, plaintiff, whose participation in the program was terminated prior to entry of the apposite order in **Beebe**, does not have standing to challenge any alleged failure to comply with the requirements imposed thereby. **See Preuss v. Ritter**, 2008 WL 877212 at *6 (D. Colo. Mar. 27, 2008) (plaintiff who was terminated from SOTMP prior to November 13, 2006, entry of **Beebe** court's order directing CDOC to reformulate its SOTMP regulations to afford due process to prisoners lacked standing to contest failure to afford him due process as required by **Beebe**). **See also Complaint** at 3 [#2] filed May 12, 2008 (alleging that plaintiff was terminated from the SOTMP on September 13, 2005). Second, any such claim would be barred by limitations in any event. **See Preuss**, 2008 WL 877212 at *4-5.

2

6. That defendant is **AWARDED** his costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d) and D.C.COLO.LCivR 54.1.

Dated December 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**